UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------

James Logan,

Plaintiff,

vs.

The City of St. Paul - Department of Fire and Safety Services,

Defendant.

---------------------------------------

Civil No.: 01-1378 (PAM/JGL)

**STIPULATION AND AMENDED PROTECTIVE ORDER**

WHEREAS, on December 29, 1998, United States Magistrate Judge John M. Mason entered a Protective Order regarding certain documents sought in discovery in the matter of Robert Mems, et al. v. City of St. Paul, Civil No. 97-1589 (PAM/JGL) by plaintiff James Logan and others which the defendant City of St. Paul (City) asserted were protected by the Minnesota Government Data Practices Act, Minn. Stat. § 13.01, et seq. (MGDPA); and,

WHEREAS, on July 26, 2001, a Stipulation and Order were entered severing the claim of James Logan and assigning it Civil No. 01-1378 (PAM/JGL); and,

WHEREAS, the City has identified additional documents marked STP-07655 through and including STP-07735, which it asserts are also protected by the MGDPA should be considered Confidential Materials subject to a Protective Order; and,

WHEREAS, the parties desire to use some of the Confidential Materials during the forthcoming trial.

OCT 02 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff James Logan and defendant City of St. Paul that an Amended Protective Order, in the form attached, be entered in this matter; and

IT IS FURTHER STIPULATED AND AGREED, that any counsel may approach the Court ex-parte for the express purpose of obtaining the execution of the Amended Protective Order.

Dated: 9-26-01

CLAYTON M. ROBINSON, JR.
City Attorney

By: [signature]
Frank E. Villaume III, No. 112860
Peter G. Mikhail, No. 249907
Assistant City Attorneys
550 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8770
*Attorneys for City of Saint Paul*

Dated: 9/27/01

REINHARDT & ANDERSON

By: [signature]
Jeffrey R. Anderson, No. 2057
Patrick W. Noaker, No. 274951
Jodean A. Thronson, No. 213482
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 227-9990
*Attorneys for Plaintiffs*

**AMENDED PROTECTIVE ORDER**

1. The Court, after an in-camera review and the balancing of the interests of plaintiff James Logan against those of the defendant City of St. Paul and the individuals identified in the documents, and upon the foregoing Stipulation, it is hereby ordered that documents identified as STP-07656 through and including STP- 07735 shall be produced by the City to plaintiff's attorneys subject to the terms and condition of the Protective Order. All other documents are ordered returned to the defendant.

2. Upon the foregoing Stipulation, it is further ordered, that Paragraph 3 of the Protective Order is amended as follows:

3. Any party may use the Confidential Materials during trial. It is expressly understood that plaintiffs' attorneys may not use the Confidential Materials for any purpose or advantage outside of the scope of the issues directly addressed by this litigation.

Dated: Oct. 1, 2001

BY THE COURT

Jonathan G. Lebedoff
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.