**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Logan,

Plaintiff,

vs.

The City of St. Paul - Department of Fire and Safety Services,

Defendant.

Civil No. 01-1378 (PAM/JGL)

**ORDER FOR FINAL JUDGMENT**

---

WHEREAS, the parties previously stipulated to submit all of Plaintiff James Logan's claims in this action, including attorney's fees, costs and disbursements, to final and binding arbitration; and

WHEREAS, an arbitration hearing was held and, on July 22, 2005, arbitrator Walter A. Bowser issued his Special Verdict Form in favor of Defendants City of St. Paul; and

WHEREAS, on August 29, 2005, arbitrator Bowser entered the Award of Costs and Disbursements in the amount of $752.70 in favor of Defendant; and

WHEREAS, pursuant to the terms of the Agreement for Binding Arbitration, a judgment of the United States District Court, District of Minnesota shall be entered upon the arbitrator's final award; and

WHEREAS, by Order dated April 29, 2002, the undersigned directed the Clerk of Court to administratively terminate this matter in his records without prejudice to the right of the parties to move to reopen the proceedings for the entry of an order to obtain a final determination of this litigation;

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall reopen the proceedings; and

2. The Clerk of Court shall enter judgment in favor of Defendant City of St. Paul, and against Plaintiff James Logan, in the amount of $752.70.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 26, 2005

s/Paul A. Magnuson
**PAUL A. MAGNUSON, JUDGE**
United States District Court