✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

James Logan,

V.

The City of St. Paul - Department of Fire and Safety Services,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1378 (PAM/JGL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Defendant City of St. Paul, and against Plaintiff James Logan, in the amount of $752.70.

October 6, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck Deputy Clerk